UNITED STATES DISTRICT COURT                    P Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 03-8560 FMC(RNBx)              Date:  December 11, 2003

Title:  DONALD COLTRAIN, et al. v COMMONWEALTH ENERGY CORPORATION, et al.

========================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,    JUDGE

Alicia Mamer                        Not present
Courtroom Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                             Not present

PROCEEDINGS:    ORDER SETTING SCHEDULING CONFERENCE *** (In Chambers)

This Court hereby sets a Scheduling Conference pursuant to Rule 16, Federal Rules of Civil
Procedure, on February 2, 2004 at 9:30 a.m.  Trial counsel are ordered to be present.

Failure to comply with this Order will subject the offending party to  sanctions under FRCvP
16(f) and Local Rule 27.  **At least seven days prior to the Scheduling Conference, the parties
must submit to the Court their Rule 26(f) Report, outlining their discovery plan as
established at the Rule 26(a)(1) meeting of counsel.**  If additional parties appear in this
action after service of this Order, counsel for plaintiff shall serve a copy of the Order on
all counsel for new parties and file Proof of Service with the Court.

Judge Cooper's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-1782.
Judge Cooper's courtroom is located on the 7th floor of the **Roybal Federal Building, Courtroom
# 750.**

Additional information about Judge Cooper's procedures can be found on her website profile
at www.cacd.uscourts.gov.  The Court will entertain appearances by telephone for all status
conferences, scheduling conferences and oral argument on motions.  If you wish to appear by
telephone, you must:

    (i)    notify the clerk at least two days in advance of **each** appearance
           date
    (ii)   provide the clerk with the telephone number at which the Court can
           reach you (land lines, only; no cellular phones)
    (iii)  agree to be available at that number for up to one hour from the
           time of the scheduled appearance

***Note: Under the 2000 Amendments to the Federal Rules of Civil Procedure, Rules 16(b), 26(a)(1), 26(a)(3),
26(a)(4), 26(d) and 26(f) are now effective in this district.  Counsel are expected to be familiar with those
rules.***

MINUTES FORM 11                         Initials of Deputy Clerk _____
CIVIL - GEN

ENTERED ON ICMS

DEC 1 2 2003

CV

5